■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS F. McCARTHA, Appellant. [810 NYS2d 713]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, J.), rendered July 13, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.